Yvonne REEVES, Plaintiff–Appellant,

v.

CITY OF GALAX, VIRGINIA; City of Galax Police Department; D.R. Case, Cpl.; J.A. Spence, Officer, Defendants–Appellees.

No. 01–1997.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 8, 2001.

Decided Nov. 15, 2001.

Yvonne Reeves, pro se.

Before WILKINS, MICHAEL, and KING, Circuit Judges.

PER CURIAM.

Yvonne Reeves appeals the district court's order denying relief on her 42 U.S.C.A. § 1983 (West Supp.2001) complaint for failure to state a claim under 28 U.S.C.A. § 1915(e)(2)(B)(ii) (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Reeves v. City of Galax*, No. CA–01–524–7 (W.D.Va. July 12, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*